# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

IN RE:  
Debtors: Grover Scott Littles

Case Number: 05-10143

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| LNV Corporation, <br> C/O MGC Mortgage, Inc. <br> Name of Transferee | Mortgage Lenders Network <br> Name of Transferor |
| 142 North Road, Suite G. <br> Sudbury, MA 01776 | Court Claim # (if known): 3 <br> Amount of Claim: $47136.25 <br> Date Claim Filed: 2/21/2005 |
| Phone: 1-866-842-4185 Ext. 246 <br> Last Four Digits of Acct #: 8843 | Last Four Digits of Acct #: 330 |

Name and Address where transferee payments should be sent (if different from above):

PO Box 533  
Medford, MA 02155-0006

Phone: 1-866-842-4185 Ext. 246  
Last Four Digits of Acct #: 8843

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Monica Hadley_____    Date: April 1, 2009  
Assistant Vice President  
MGC Mortgage, Inc.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:106,417