# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee (Jackson)

IN RE:                                                     Case Number: 05-10143

Debtors: Littles, Grover

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>LNV Corporation,</u> <br> <u>C/O MGC Mortgage, Inc.</u> <br> Name of Transferee | <u>Mortgage Lenders Network</u> <br><br> Name of Transferor |
| 142 North Road, Suite G. <br> Sudbury, MA 01776 | Court Claim # (if known): <u>3</u> <br> Amount of Claim: <u>$2407.85</u> <br> Date Claim Filed: <u>2/21/2005</u> |
| Phone: <u>1-866-842-4185 Ext. 246</u> <br> Last Four Digits of Acct #: <u>1057</u> | Last Four Digits of Acct #: <u>333</u> |

Name and Address where transferee payments should be sent (if different from above):

PO Box 533
Medford, MA 02155-0006

Phone: <u>1-866-842-4185 Ext. 246</u>
Last Four Digits of Acct #: <u>1057</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Monica Hadley</u>           Date: <u>April 1, 2009</u>
      Assistant Vice President
      MGC Mortgage, Inc.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:106,419